UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0671M-01 (CR) |
| **RASHAAD PEOPLES,** | : | VIOLATION: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(ii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 500 Grams or More of Cocaine) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about December 20, 2007, within the District of Columbia, **RASHAAD PEOPLES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession With Intent to Distribute of 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

                    JEFFREY A. TAYLOR
                    Attorney of the United States in
                    and for the District of Columbia
                    Bar No. 498610

BY: _____
      NIHAR R. MOHANTY
      Assistant United States Attorney
      Bar No. 436686
      Organized Crime and Narcotics Trafficking Section
      555 4th Street, N.W., Room 4120
      Washington, DC 20530
      (202) 514-7395