UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 08-031 (RBW) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | : | and § 841(b)(1)(B)(ii) |
| **RASHAAD PEOPLES,** | : | (Unlawful Possession With Intent to |
| Defendant. | : | Distribute 500 Grams or More of Cocaine); |
| | : | 21 U.S.C. § 853 and § 853(p) |
| | : | (Criminal Forfeiture) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about December 20, 2007, within the District of Columbia, **RASHAAD PEOPLES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession With Intent to Distribute of 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

### FORFEITURE ALLEGATION

1. The violation alleged in Count One of this Information is realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count One, the defendant in this Information, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:

(a) United States Currency:

1) $72,000.00 in U.S. currency, which defendant Peoples gave to individual(s) in exchange for cocaine in Washington, D.C., on December 20, 2007.

By virtue of the commission of the felony offense charged in Count One of this Information, any and all interest that defendant Peoples has in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the charged offense or used, or intended to be used, to facilitate the charged conspiracy, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

3. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of defendant Peoples:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture.

**(Criminal Forfeiture**, in violation of Title 21, United States Code, Sections 853 and 853(p).)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
NIHAR R. MOHANTY
Assistant United States Attorney
Bar No. 436686
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room
Washington, DC 20530
(202) 514-7395