AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
Rashaad Peoples

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08-031 (RBW)

I, Rashaad Peoples, the above named defendant, who is accused of unlawful possession with intent to distribute 500 grams or more of cocaine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 13, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*(signature)*
Defendant

*(signature)*
Counsel for Defendant

Before *(signature)* Reggie B. W.
Judicial Officer