U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

District of Columbia

FILED
MAR 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Judiciary Center*
*555 Fourth St., N W*
*Washington, D C  20530*

February 21, 2008

Shawn Moore
Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004

      Re:   United States v. Rashaad Peoples
               1:08-cr-00031-RBW

Dear Mr. Moore::

       This letter confirms the agreement between your client, Rashaad Peoples and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office").  If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below.  Upon receipt of the executed document, this letter will become the plea agreement.  The terms of the offer are as follows:

**Defendant's Obligations, Acknowledgments and Waivers:**

       1.  Your client, Rashaad Peoples, agrees to admit guilt and enter a factual plea of guilty to Count One of the Information in this case, as set forth below.

       a.  Your client agrees to plead guilty to Count One of the Information, which charges possession with intent to distribute cocaine, in violation of 21 U.S. C. Section 841(a)(1).  Your client understands that, pursuant to 21 U.S.C. Section 841(b)(1)(B)(ii), the charge carries a prison term of not less than five years or more than 40 years, a fine not exceeding the greater of that permitted by Title 18 of the United States Code or $2, 000, 000 and a term of supervised release of at least four years.  *(500 grams or more).* [handwritten initials]

       b.  In addition, your client agrees to pay a special assessment, pursuant to 18 U.S.C. §3013, of $100 for the felony conviction, to the clerk of the U.S. District Court.  Your client further understands that the United States Sentencing Guidelines Manual ("Sentencing Guidelines") will

apply to determine your client's guideline range. Your client further understands that pursuant to Section 5E1.2 of the Sentencing Guidelines, the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

2. Your client agrees and will acknowledge at the time of the plea of guilty to the criminal charge stated above that, pursuant to Section 1B1.3 of the Sentencing Guidelines, your client is accountable for at least 3.5 kilograms but less than 5 kilograms of cocaine, which quantity represents the total amount involved in your client's relevant criminal conduct, including amounts your client distributed or possessed with intent to distribute.

3. Your client also agrees that if any illegal contraband were seized by any law enforcement agency from the possession of or the direct or indirect control of your client, including the $72,000 in U.S. currency your client provided to law enforcement officers, then your client consents to the administrative forfeiture, official use and/or destruction of said contraband by any law enforcement agency involved in the seizure of these items.

4. In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

5. Your client understands that this Office reserves its full right of allocution for purposes of sentencing and supervised release in this matter. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

6. Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. A motion to withdraw shall constitute a breach of this agreement.

**General Conditions**

7. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

      8. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

      9. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely,

*[signature]* / N M /
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

*[signature]*
NIHAR R. MOHANTY
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Shawn Moore, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 3/13/08

_Rashaad Peoples_
Rashaad Peoples
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement.

Date: March 13, 2008

_Shawn Moore_
Shawn Moore, Esquire
Attorney for Rashaad Peoples