UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-031 (RBW) |
| | : | |
| v. | : | VIOLATION: |
| | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) |
| RASHAAD PEOPLES | : | (Unlawful Possession with Intent to |
| | : | Distribute Five Hundred Grams or More of |
| | | Cocaine) |
| Defendant. | : | |
| | : | |

## POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

The essential elements of this offense, each of which the government must prove beyond a reasonable doubt, are:

1. That the defendant possessed 500 grams or more of a controlled substance, that is cocaine;

2. That the defendant possessed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

3. That when the defendant possessed the controlled substance s/he had the specific intent to distribute it. "Distribute" means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected to receive anything of value in return.

## PENALTY

Based on the information it presently has, the government believes the defendant's range under the Sentencing Guidelines is 97-121 months, offense level 30 and Category I offender. The mandatory-minimum period of incarceration is five years and the maximum penalty is 40 years incarceration.

                      Respectfully submitted,

                      JEFFREY A. TAYLOR
                      United States Attorney
                      D.C. Bar No. 498610

                      _____
                      NIHAR R. MOHANTY
                      Assistant United States Attorney
                      D.C. Bar No. 436686
                      555 4th Street, N.W., Room 4120
                      Washington, DC 20530
                      (202) 514-7395