HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICTPE JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>08-CR-31</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| PEOPLES, Rashaad | : | Disclosure Date: <u>May 13, 2008</u> |

**FILED**

**JUN 2 0 2008**

**Clerk, U.S. District and Bankruptcy Courts**

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
- (  )   There are no material/factual inaccuracies therein.
- (  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
- (  )   There are no material/factual inaccuracies therein.
- (X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Rashaad Peoples*  *May 24, 2008*            *Shaeen Moore*  *May 24, 2008*
**Defendant**             **Date**                    **Defense Counsel**         **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 27, 2008</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                    **Page 2**

Mr. Peoples denies considering purchasing
between 10 and 20 kilograms of cocaine
Secondly, for purposes of the "safety
valve" provision, Mr. Peoples provided all
of the information within his knowledge
to the government

Signed by: _Sharon Wade_

**(Defendant/Defense Attorney/AUSA)**

Date: _May 27, 2008_